FILED

DEC 1 6 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 13CR3262GT |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| GERMAN ARDON ZAVALA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue be granted and the sentencing hearing in this matter now scheduled for DECEMBER 16, 2013, be continued until January 9, 2014 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 12/16/13

_____
HONORABLE Gordon Thompson, Jr.
UNITED STATES DISTRICT JUDGE